| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No.: 214162-8<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 | **Order Filed on November 6, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Frederick A. Ray fdba Fred's Brigantine Gulf Inc. fdba BF Frankie Tire LLC fdba Up the Creek Resturant LLC fdba Big Daddy's Resturant and Yvonne Ray | Case No.: 18-28462-ABA<br>Chapter 7<br><br>Judge: Andrew B. Altenburg, Jr. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED

**DATED: November 6, 2018**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

**172 East Faunce Landing Road a/k/a Faunce Landing Road, Absecon, NJ 08201**

ORDERED that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.