**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Federick A Ray**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5687<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Yvonne Ray**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3527<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–28462–ABA

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Federick A Ray
fdba Fred's Brigantine Gulf Inc., fdba BF Frankie
Tire LLC, fdba Big Daddy's Resturant, fdba Up
the Creek Resturant LLC

Yvonne Ray

12/21/18

**By the court:**   Andrew B. Altenburg Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 18-28462-ABA
Federick A Ray                                               Chapter 7
Yvonne Ray
         Debtors              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Dec 21, 2018
                               Form ID: 318             Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db/jdb        +Federick A Ray,    Yvonne Ray,    172 East Faunce Landing Rd,    Absecon, NJ 08201-1808
aty           +Rebecca A. Solarz,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
517758095     +Amerihealth,    C/O GB Collections,    1253 Haddonfield Berlin Road,    Voorhees, NJ 08043-4847
517758096     +Andy Mason,    T/A Mase Enterprises,    552 W. Leeds Ave.,    Absecon, NJ 08201-2842
517758097     +Atlantic County Special Civil Part,    1201 Bacharach BLVD,    Atlantic City, NJ 08401-4510
517758101     +Cor Trust Bank,    P O Box 7010,    Mitchell, SD 57301-7010
517758106     +FBCS,    330 S Warminster RD   STE 353,    Hatboro, PA 19040-3433
517758107     +First Data Merchant,    4000 Coral Ridge Dr, C 230,    Pompano Beach, FL 33065-7614
517758110     +Frank Knorr,    335 South Ash Ave.,    Galloway, NJ 08205-4401
517758113      GMC Financial,    P O Box 1181145,    Arlington, TX 76096
517758115     +Helzberg Diamond,    P O Box 60504,    City of Industry, CA 91716-0504
517758118    #+Lisa Knoll,    315 Elm Ave.,    Maple Shade, NJ 08052-2721
517758121     +Milstead and Associates,    1 E Stow Road,    Marlton, NJ 08053-3118
517758122     +NCB Management Services Incorporated,    P.O. Box 1099,    Langhorne, PA 19047-6099
517758123     +NJ Federal Cadem Court,    P O Box 2067,    Camden, NJ 08101-2067
517758124     +NJ State Supirior Court,    25 Market St,    Trenton, NJ 08611-2148
517758127     +Quest Diagnostics,    P.O. Box 7306,    Hollister, MO 65673-7306
517758128     +Rickart Collection Systems, Inc.,    Atlantic Medical Imaging,    P.O. Box 7242,
                North Brunswick, NJ 08902-7242
517758131    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
              (address filed with court:    Snap on Credit,    950 Technology Way  Suite  301,
                Libertyville, IL 60048)
517758132     +Solar City,    3055 ClearView  Way,    San Mateo, CA 94402-3709
517758133      Steve & Beth Ammazzalorso,    9 Oak Road,    Linwood, NJ 08221
517758134      Steve and beth Ammazzulurse,    9 Oak Road,    Linwood, NJ 08221
517758135     +SunRun,    1515 Arapahoe St. Tower 2, Suite 600,    Denver, CO 80202-2133
517758144      TD Auto Finance,    27777 Inkster  Rd,    Wayne, NJ 07470
517758146     +Valley National Bank,    1460 Valley Rd.,    Wayne, NJ 07470-8494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 23:51:56      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2018 23:51:54      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517758093     +EDI: GMACFS.COM Dec 22 2018 04:43:00      Ally Financial,    P.O. Box 380902,
                Minneapolis, MN 55438-0902
517758094     +EDI: GMACFS.COM Dec 22 2018 04:43:00      Ally Financial Inc.,    P.O. Box 380901,
                Minneapolis, MN 55438-0901
517758098      EDI: BANKAMER.COM Dec 22 2018 04:43:00      Bank of America,    P.O. Box 982235,
                El Paso, TX 79998
517758099     +EDI: TSYS2.COM Dec 22 2018 04:43:00      Barclay Bank Delaware,    P.O. Box 8803,
                Wilmington, DE 19899-8803
517758100     +EDI: CAPITALONE.COM Dec 22 2018 04:43:00      Capital One,    P.O. Box 6492,
                Carol Stream, IL 60197-6492
517758102     +EDI: RCSFNBMARIN.COM Dec 22 2018 04:43:00      Credit One Bank,    P.O. Box 98872,
                Las Vegas, NV 89193-8872
517758105      E-mail/Text: bknotice@ercbpo.com Dec 21 2018 23:51:57      ERC,    P.O. Box 57547,
                Jacksonville, FL 32241-7547
517758104      E-mail/Text: bknotice@ercbpo.com Dec 21 2018 23:51:57      Enhanced Recovery Company,
                P.O. Box 57547,    Jacksonville, FL 32241-7547
517758109     +EDI: AMINFOFP.COM Dec 22 2018 04:43:00      First Premier Bank,    601 S. Minnesota Ave.,
                Sioux Falls, SD 57104-4868
517758108     +EDI: AMINFOFP.COM Dec 22 2018 04:43:00      First Premier Bank,    3820 N Louise Ave.,
                Sioux Falls, SD 57107-0145
517758112     +EDI: GMACFS.COM Dec 22 2018 04:43:00      GMAC Financial,    P O Box 380901,
                Minneapolis, MN 55438-0901
517758114     +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 21 2018 23:52:13      Harley Davidson,
                3850 Arrowhead Dr,    Carson City, NV 89706-2016
517758116      EDI: IRS.COM Dec 22 2018 04:43:00      Internal Revenue Service,    955 S. Springfield Ave.,
                Springfield, NJ 07081
517758119     +EDI: MERRICKBANK.COM Dec 22 2018 04:43:00      Merrick Bank,    P.O. Box 9201,
                Old Bethpage, NY 11804-9001
517758125      EDI: AGFINANCE.COM Dec 22 2018 04:43:00      One Main Financial,    Bankruptcy Dept.,
                P.O. Box 6042,    Sioux Falls, SD 57117-6042
517758126     +EDI: RESURGENT.COM Dec 22 2018 04:43:00      Pinnacle,    55 Beattie Place Suite 110,
                Greenville, SC 29601-5115
517758129     +EDI: DRIV.COM Dec 22 2018 04:43:00      Santander Consumer USA,    Attn: bankruptcy Dept,
                P.O. Box 560284,    Dallas, TX 75356-0284
517758130      E-mail/Text: jennifer.chacon@spservicing.com Dec 21 2018 23:52:27
                Select Portfolio Servicing,    ATTN: Bankruptcy Dept.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
```

```
District/off: 0312-1          User: admin              Page 2 of 2                    Date Rcvd: Dec 21, 2018
                              Form ID: 318             Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517758138       +EDI: RMSC.COM Dec 22 2018 04:43:00      Synchrony Bank,    ATTN: Bankruptcy Dept.,
                 P.O. Box 965060,    Orlando, FL 32896-5060
517766127       +EDI: RMSC.COM Dec 22 2018 04:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517758139       +EDI: RMSC.COM Dec 22 2018 04:43:00      Synchrony Bank - Toys R Us,    P.O. Box 965005,
                 Orlando, FL 32896-5005
517758140       +EDI: RMSC.COM Dec 22 2018 04:43:00      Synchrony Bank/ Ford Mercury,    P.O. Box 965036,
                 Orlando, FL 32896-5036
517758141       +EDI: RMSC.COM Dec 22 2018 04:43:00      Synchrony Bank/ Wallmart,    ATTN: Bankruptcy Dept.,
                 P.O. Box 965061,    Orlando, FL 32896-5061
517758142       +EDI: RMSC.COM Dec 22 2018 04:43:00      Synchrony Bank/JC Penny,    Attn Bankruptcy Department,
                 P.O. Box 965060,    Orlando, FL 32896-5060
517758143       +EDI: RMSC.COM Dec 22 2018 04:43:00      Synchrony Bank/Sleppys,    P.O. Box 960061,
                 Orlando, FL 32896-0061
517758145       +E-mail/Text: EBankruptcy@UCFS.NET Dec 21 2018 23:52:28      United Consumer Financial Services,
                 P.O. Box 856290,    Louisville, KY 40285-6290
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517758103*     +Credit One Bank,    P.O. Box 98872,    Las Vegas, NV 89193-8872
517758111*     +Frank Knorr,    335 South Ash Ave.,    Galloway, NJ 08205-4401
517758117*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    955 S. Springfield Ave.,
                 Springfield, NJ 07081)
517758120*     +Merrick Bank,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
517758136*     +Sunrun Inc,    1515 Arapahoe St.,    Tower 2, Suite 600,    Denver, CO 80202-3105
517758137*     +Sunrun Inc.,    1515 Arapahoe St,    Tower 2, Suite 600,    Denver, CO 80202-3105
                                                                                            TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
               Certificates, Series 2007-FF2 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee, in
               trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
               Certificates, Series 2007-FF2 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust
               for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed
               Certificates, Series 2007-FF2 rsolarz@kmllawgroup.com
              Thomas E. Dowey    on behalf of Joint Debtor Yvonne Ray tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Debtor Federick A Ray tdesquire@hotmail.com
              Thomas J Subranni    trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```